1  Thiago Coelho, SBN 324715
   thiago@wilshirelawfirm.com
2  Carolin K. Shining, SBN 201140
3  cshining@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
5  Los Angeles, California 90010
   Telephone: (213) 381-9988
6  Facsimile: (213) 381-9989

7  *Attorneys for Plaintiff*

8
9  William R.H. Mosher, SBN 228253
   wmosher@fisherphillips.com
10 **FISHER & PHILLIPS LLP**
   621 Capitol Mall, Suite 1400
11 Sacramento, California 95814
12 Telephone: (916) 210-0400
   Facsimile: (916) 210-0401
13 Attorneys for Defendant
14 SPIGA, LLC d/b/a DONATO ENOTECA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, an individual, | Case No.: 3:22-cv-08963-WHA |
| Plaintiff, | *Honorable Judge William H. Alsup* |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| SPIGA, LLC d/b/a DONATO ENOTECA, a California limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint filed: December 19, 2022<br>Trial Date: Not Set |

NOTICE OF SETTLEMENT

1  Plaintiff Christopher Lucero ("Plaintiff") and Defendant Spiga, LLC d/b/a Donato Enoteca ("Defendant") (collectively "the Parties"), hereby notify the Court that the claims of Plaintiff have settled. A Stipulation of Dismissal with prejudice as to all of Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 22, 2023              Respectfully Submitted,

*/s/ Carolin K. Shining*
Thiago M. Coelho
Carolin K. Shining
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

Dated: May 22, 2023              Respectfully Submitted,

*/s/ William R.H. Mosher*
William R.H. Mosher
**FISHER & PHILLIPS LLP**
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on May 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: May 22, 2023

                                    */s/ Carolin K. Shining*
                                    Carolin K. Shining