Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Carolin K. Shining, SBN 201140
cshining@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff,*
*Christopher Lucero*

William R.H. Mosher, SBN 228253
wmosher@fisherphillips.com
**FISHER & PHILLIPS LLP**
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401
*Attorneys for Defendant,*
*SPIGA, LLC d/b/a DONATO ENOTECA*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LUCERO, an individual,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SPIGA, LLC d/b/a DONATO ENOTECA, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:22-cv-08963-WHA<br><br>*Honorable Judge William H. Alsup*<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER**<br><br>Complaint Filed: December 19, 2022<br>Trial Date:　　　None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christopher Lucero and Defendant Spiga, LLC d/b/a Donato Enoteca, stipulate and jointly request that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: June 5, 2023                **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Thiago M. Coelho, Esq.
Carolin K. Shining, Esq.
*Attorneys for Plaintiff*

Dated: June 5, 2023                **FISHER & PHILLIPS LLP**

*/s/ William R.H. Mosher*
William R.H. Mosher, Esq.
*Attorneys for Defendant*

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 5, 2023                **WILSHIRE LAW FIRM, PLC**

*/s/ Carolin K. Shining*
Carolin K. Shining
*Attorneys for Plaintiff*